IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DeEwa Batson | * | |
| **Plaintiff(s)** | | |
| | * | Case No.: 11-cv-01690-RDB |
| vs. | | |
| | * | |
| Branch Banking and Trust Company | | |
| **Defendant(s)** | * | |

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Phillip B. Zipin, am a member in good standing of the bar of this Court.

My bar number is 03932   I am moving the admission of Brian Wolfman to appear *pro hac vice* in this case as counsel for plaintiff DeEwa Batson.

I certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| D.C. Court of Appeals – 2/27/1991 | D. Ct. Dist. of Columbia - 6/3/1991 |
| | E. and W. Dist. Arkansas - 1/10/1986 |
| | Supreme Court of the U.S. – 3/19/1990 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court  zero  times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

MOVANT
_/s/ Philip B. Zipin_
Signature

Phil ip B. Zipin
Printed Name

The Zipin Law Firm, LLC
Firm

8403 Colesville Road, Suite 610
Address

Silver Spring, MD 20910
City, State, Zip Code

(301) 587-9373
Telephone Number

(301) 587-9397
Fax Number

pzipin@zipinlaw.com
Email Address

PROPOSED ADMITTEE
_/s/ Brian Wolfman_
Signature

Brian Wolfman
Printed Name

Institute for Public Representation
Firm

600 New Jersey Avenue, Room 312
Address

Washington, DC 20001
City, State, Zip Code

(202) 661-6582
Telephone Number

(202) 662-9634
Fax Number

wolfmanb@law.georgetown.edu
Email Address